1
2
3
4
5
6

FILED
CLERK, U.S. DISTRICT COURT

FEB 25 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

7                          UNITED STATES DISTRICT COURT

8                         CENTRAL DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,          )   Case No.: 08 CR 956-VBF
11                          Plaintiff,   )   ORDER OF DETENTION
                                         )   (FED.R. CRIM. P.32.1(a)(6); 18
12                  v.                   )   U.S.C. § 3143(a))
13   RAUL HERNANDEZ                      )
14                         Defendant.    )
                                         )

15          The defendant having been arrested in this District pursuant to a warrant

16   issued by the United States District Court for the ___CENTRAL_____

17   District of __CALIFORNIA___ for alleged violation(s) of the terms and

18   conditions of probation or supervised release; and

19          Having conducted a detention hearing pursuant to Federal Rule of Criminal

20   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

21   A.   (✓)    The defendant has not met his/her burden of establishing by clear and

22               convincing evidence that he/she is not likely to flee if released under

23               18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

24               • Allegation of Absconding

25               • Insufficient Bail Resources

26               • Inadequate Sureties

27                                      1

28

and/or

B.     ( )     The defendant has not met his/her burden of establishing by clear and
convincing evidence that he/she is not likely to pose a danger to the
safety of any other person or the community if released under 18
U.S.C. § 3142(b) or (c).  This finding is based on the following:

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further
revocation proceedings.

Dated:  2/25/14

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2